**UNPUBLISHED**

### UNITED STATES COURT OF APPEALS
### FOR THE FOURTH CIRCUIT

---

**No. 25-6489**

---

UNITED STATES OF AMERICA,

         Plaintiff - Appellee,

     v.

ERNESTO FRANCISCO COLE, a/k/a Panama, a/k/a Ernest Cole, a/k/a Negrito, a/k/a Negro, a/k/a La Pe,

         Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:00-cr-00455-LMB-1)

---

Submitted:  October 16, 2025            Decided:  October 21, 2025

---

Before KING, AGEE, and RICHARDSON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Ernesto Francisco Cole, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ernesto Francisco Cole appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). We have reviewed the record and conclude that the district court did not abuse its discretion by finding that the 18 U.S.C. § 3553(a) factors weighed against Cole's release and denying his motion on that basis. *See United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023) (stating standard of review). Accordingly, we deny as moot Cole's motion to expedite, we deny his other pending appellate motions, and we affirm the district court's order. *United States v. Cole*, No. 1:00-cr-00455-LMB-1 (E.D. Va. Feb. 12, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

*AFFIRMED*